and upon the further ground that simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]). Motion for a stay dismissed as academic.

---

PENGUIN GROUP (USA) INC., Appellant, v AMERICAN BUDDHA, Respondent.

Submitted January 10, 2011; decided January 18, 2011

*See* 609 F3d 30.

Motion by International Trademark Association for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

---

PENGUIN GROUP (USA) INC., Appellant, v AMERICAN BUDDHA, Respondent.

Submitted January 10, 2011; decided January 18, 2011

*See* 609 F3d 30.

Motion by American Association of Publishers et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE CANTEEN, Appellant.

Submitted December 6, 2010; decided January 18, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAI GUANG ZHENG, Appellant.

Submitted January 10, 2011; decided January 18, 2011